UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Plaintiff,                    **MEMORANDUM**

    - v -                                           CV-05-3212 (ILG)(VVP)

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, et al.,

                      Defendants.
-----------------------------------------------------------------x

       The plaintiff seeks the entry of a confidentiality order to protect specified information from disclosure beyond the parties to this action without court order. Although most of the parties to this action have stipulated to the entry of such an order, the defendant Arthur Coffey objects to the proposed order to the extent that it protects personal financial information and information concerning internal disciplinary or investigative proceedings. He contends that such information should be made public because the members of the International Longshoremen's Association and the taxpayers of the United States have a right to know about such matters. He cites no authority for that proposition, and the court is unaware of any. The contested information appears to the court to be worthy of protection, subject of course to the right of any party to seek broader disclosure by court order upon an appropriate showing of need or good cause, and the proposed order contemplates such review. Accordingly, the court will enter the proposed order.

                                                                     **SO ORDERED:**

                                                          *Viktor V. Pohorelsky*

                                                          VIKTOR V. POHORELSKY
                                                          United States Magistrate Judge

Dated: Brooklyn, New York
          August 3, 2006