

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:RKH

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 3, 2008

**VIA ECF AND HAND DELIVERY**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   *United States v. International Longshoremen's Association, et al.*,
>        No. 05 Civ. 3212 (Glasser, J.) (Pohorelsky, M. J.)

Dear Magistrate Judge Pohorelsky:

Further to the submissions of counsel for several of the defendants pertaining to the motions to dismiss now pending in this case, please find enclosed a courtesy copy of the corrected version of the United States' memorandum of law in opposition to these motions.

We thank the Court for its time and consideration in this matter.

>                 Respectfully submitted,
>
>                 BENTON J. CAMPBELL
>                 United States Attorney
>
> By:             *s/*
>                 RICHARD K. HAYES
>                 KATHLEEN A. NANDAN
>                 ZACHARY A. CUNHA
>                 Assistant U.S. Attorneys
>                 (718) 254-7000

Encl.

cc.:   All Counsel (by ECF)

Jerome Brancato
James Cashin

## SUMMARY OF RACKETEERING ACTS

United States v. The International Longshoreman's Association, et. al., No. 05 Civ. 3212 (Glasser, J.) (Pohorelsky, M.J.)

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| **Rigged "Election" Of Harold J. Daggett and Others To High-Ranking ILA Office (Racketeering Act 1)** | | | | | 51 |
| | **RA 1(A)&(B)** | EXTORTION CONSPIRACY; EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | BRANCATO CASHIN CICCONE | 56 |
| | **RA 1(C)&(D)** | WIRE FRAUD | 18 U.S.C. §§ 1343; 1346 & 2 | BOWERS BRANCATO CASHIN CICCONE COFFEY DAGGETT GLEASON | 60 |
| **Rigged MILA Benefits Contracts (Racketeering Acts 2&3)** | | | | | 63 |

1

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| **Scheme To Rig The MILA PBM Contract (Racketeering Act 2)** | | | | | 64 |
| | **RA 2(A)&(B)** | EXTORTION CONSPIRACY; EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | CASHIN CICCONE | 69 |
| | **RA 2(C)-(E)** | WIRE FRAUD | 18 U.S.C. §§ 1343, 1346 & 2 | BOWERS CASHIN CICCONE COFFEY DAGGETT | 73 |
| **Scheme To Rig The MILA Mental Health Benefits Contract (Racketeering Act 3)** | | | | | 76 |
| | **RA 3(A)-(H)** | MAIL FRAUD | 18 U.S.C. §§ 1341, 1346 & 2 | BOWERS CASHIN DAGGETT COFFEY GLEASON | 78 |

2

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| **Fraud On The METRO-ILA Benefit Funds (Racketeering Acts 4, 5 and 6)** | | | | | 82 |
| **Fund Investment Advisor Kickback Scheme (Racketeering Act 4)** | | | | | 82 |
| | RA 4(A)-(C) | MAIL FRAUD | 18 U.S.C. §§ 1341, 1346 & 2 | DAGGETT | 85 |
| **Rigged PBM Contract (Racketeering Act 5)** | | MAIL FRAUD | 18 U.S.C. §§ 1341, 1346 & 2 | DAGGETT | 87 |
| **Rigged Mental Health Care Benefits Contract (Racketeering Act 6)** | | | | | 90 |
| | RA 6(A)-6(D) | MAIL FRAUD | 18 U.S.C. §§ 1341, 1346 & 2 | CASHIN DAGGETT | 92 |
| **Fraud On The Local 1922 And Southeast Florida Ports Welfare Funds (Racketeering Act 7)** | | | | | 93 |

3

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| | RA 7(A) | MAIL FRAUD | 18 U.S.C. §§ 1341, 1346 & 2 | CASHIN COFFEY | 96 |
| | RA 7(B)&(C) | WIRE FRAUD | 18 U.S.C. §§ 1343, 1346 & 2 | CASHIN COFFEY | 97 |
| **Control Over Local 1 (Racketeering Act 8)** | | | | | 98 |
| | RA 8(A)&(B) | EXTORTION CONSPIRACY; ATTEMPTED EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | CICCONE | 100 |
| | RA 8(C)&(D) | WIRE FRAUD | 1 8 U.S.C. §§ 1343, 1346 & 2 | CICCONE | 104 |
| **Fraud On The Local 1814 Membership (Racketeering Act 9)** | | | | | 105 |
| | RA 9(A)-(D) | WIRE FRAUD | 1 8 U.S.C. §§ 1343, 1346 & 2 | CICCONE | 107 |
| **Extortion Of Howland Hook Marine Terminal (Racketeering Act 10)** | | | | | 109 |

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| | RA 10(A)&(B) | EXTORTION CONSPIRACY; EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | CICCONE | 110 |
| **Extortion Of Bridgeside Drayage (Racketeering Act 11)** | | | | | 112 |
| | RA 11(A)&(B) | EXTORTION CONSPIRACY; EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | CICCONE | 114 |
| **Money Laundering Conspiracy (Racketeering Act 12)** | | MONEY LAUNDERING CONSPIRACY | 18 U.S.C. § 1956(h) | BRANCATO CICCONE | 116 |
| **Money Laundering (Racketeering Acts 13 - 26)** | | | | | 118 |
| | RA 13(A) | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 118 |
| | RA 13(B) | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| | **RA 14** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |
| | **RA 15** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |
| | **RA 16(A)** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 119 |
| | **RA 16(B)** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |
| | **RA 17** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |
| | **RA 18** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |
| | **RA 19** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE BRANCATO | 119 |

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| | **RA 20(A)** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 119 |
| | **RA 20(B)** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | BRANCATO CICCONE | 119 |
| | **RA 21** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 119 |
| | **RA 22** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 120 |
| | **RA 23** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 120 |
| | **RA 24** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 120 |
| | **RA 25** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 120 |

| RA | SUB-PREDICATE | CHARGE | STATUTE | DEFENDANT(S) | PAGE |
|---|---|---|---|---|---|
| | **RA 26** | MONEY LAUNDERING | 18 U.S.C. §§ 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i) | CICCONE | 120 |
| **Extortion Of Right To Employment Of Hiring Agent (Racketeering Act 27)** | | | | | 121 |
| | **RA 27(A)&(B)** | EXTORTION CONSPIRACY; ATTEMPTED EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | CICCONE | 122 |
| **Extortion Of Long-shoreman (Racketeering Act 28)** | | EXTORTION CONSPIRACY | 18 U.S.C. § 1951 | CICCONE | 125 |
| **Extortion Of Injured Longshoreman (Racketeering Act 29)** | | | | | 127 |
| | **RA 29(A)&(B)** | EXTORTION CONSPIRACY; EXTORTION | 18 U.S.C. §§ 1951; 1951 & 2 | CICCONE | 129 |

8