UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

INTERNATIONAL
LONGSHOREMEN'S ASSOC.,
et al.,

                Defendants.
------------------------------------------------x

MEMORANDUM AND ORDER
05-CV-3212 (ILG)

Glasser, Senior United States District Judge:

      In a Memorandum & Order issued on November 1, 2007, familiarity with which is assumed, this Court granted the defendants' motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 8(a)(2) and 12(b)(6). See United States v. International Longshoremen's Ass'n, 518 F. Supp. 2d 422 (E.D.N.Y. 2007). That decision did not address the Government's pending motion for entry of default judgment against defendant Jerome Brancato. That motion is hereby DENIED. Because the Court's November 1, 2007, order dismissed the Complaint in its entirety pursuant to Rules 8(a)(2) and 12(b)(6), entry of default judgment against Brancato is inappropriate. See Jones v. National Commc'ns. & Surveillance Networks, 266 Fed. App'x 31, 33 (2d Cir. 2008) ("The propriety of the district court's dismissal pursuant to Rule 8 also resolves any issues arising from Jones's assertion that the district court erred by denying entry of default judgment against those defendants who neither answered nor moved to dismiss the complaint. Because the Rule 8 dismissal disposed of the complaint in its entirety, there was no basis upon which the district court could have granted default judgments against some of the defendants." (citing Barrett v. Harwood, 189 F.3d 297, 300-04 (2d Cir.1999))).

Nothing herein shall be construed to preclude the Government from moving for default judgment against any defendant for failure to respond to the Second Amended Complaint, which is now pending before the Court.

SO ORDERED.

Dated:   Brooklyn, New York
         August 29, 2008                          _____/s/_____
                                                  I. Leo Glasser
                                                  United States Senior District Judge

Copies of the foregoing memorandum and order were electronically sent to:

**Counsel for the Plaintiff**

Kathleen Anne Nandan
Richard K. Hayes
Zachary A. Cunha
Assistant United States Attorneys
United States Attorneys Office
One Pierrepont Plaza
Brooklyn, NY 11201

**Counsel for the Defendants**

For International Longshoremen's Association, AFL-CIO

Howard W. Goldstein
Fried Frank Harris Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004-1980

For John Bowers, Horace T. Alston, Jorge L. Aponte Figueroa, John D. Baker, Timothy Brown, James A. Campbell, Ronald Capri, Charles Chillemi, Raymond Desgagnes, Michael Dickens, Stephen Knott, John H. Mackey, Louis Pernice, Raymond Sierra, Harrison Tyler, and Reuben Wheatley

Don D. Buchwald
Kelley Drye & Warren
100 Park Avenue
Suite 3060
New York, NY 10017

For Robert E. Gleason

Francis John Murray
Murray & McCann
100 Merrick Road
Suite 514 West
Rockville Centre, NY 11570

For Benny Holland, Jr.

Mala Ahuja Harker
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Paul J. Fishman
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
46th Floor
New York, NY 10019

Vanessa Richards
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
46th Floor
New York, NY 10019

For Gerald Owens

Thomas R. Ashley
Robert Treat Center
50 Park Place
Suite 1400
Newark, NJ 07102

For Harold J. Daggett

George T. Daggett
Daggett,Kraemer,Elliades,Vander Wiele & Ursin
328 D Sparta Avenue
Sparta, NJ 07871

For Edward L. Brown, Sr., Clyde Fitzgerald, Perry C. Harvey, James T. McLeland, Jr., James H. Paylor, Jr., Kenneth Riley, and Richard Hughes

Michael G. Considine
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Terence Joseph Gallagher, III
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

For Arthur Coffey

Gerald J. McMahon
Law Office of Gerald J. McMahon
26 Broadway, 18th Floor
New York, NY 10004-1703

Thomas Aloysius Tormey, Jr.
Law Offices of Thomas A. Tormey Jr.
26 Broadway
17th Floor
New York, NY 10004

For Management- International Longshoremen's Association Managed Health Trust Fund , Board of Trustees of the Management- International Longshoremen's Association Health Care Trust Fund

Donato Caruso
The Lambos Firm
29 Broadway, 9th Floor
New York, NY 10006

Kevin Marrinan
Gleason & Matthews
26 Broadway
17th Floor
New York, NY 10004

James Robert Campbell
The Lambos Firm
29 Broadway
9th Floor
New York, NY 10006

John P. Sheridan
Gleason & Matthews PC
26 Broadway
17th floor
New York, NY 10004

For Metropolitan Marine Maintenance Contractors Association, Board of Trustees of the Metro-ILA Fringe Benefit Fund

James P. Corcoran
239 East 79th Street
Suite 14D
New York, NY 10021

Victor J. Rocco
Heller Ehrman LLP
7 Times Square
Times Square Tower
New York, NY 10036

For Metro-ILA Fringe Benefit Fund, Metro-ILA Individual-Account Retirement Fund, Board of Trustees of the Metro-ILA Individual-Account Retirement Fund

Victor J. Rocco
Heller Ehrman LLP
7 Times Square
Times Square Tower
New York, NY 10036

For Metro-ILA Pension Fund, Board of Trustees of the Metro-ILA Pension Fund

Robert Henry Bogucki
Robert H. Bogucki, P.C.
666 Old Country Road, Suite 405
Garden City, NY 11530

Victor J. Rocco
Heller Ehrman LLP
7 Times Square
Times Square Tower
New York, NY 10036

<u>For John Bowers</u>

John R. Wing
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110

Lee Renzin
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110