UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
UNITED STATES OF AMERICA                                     :
:
                            Plaintiff,    :        ECF CASE
:
     -  against -                                        :        05-CV-3212 (ILG/VVP)
:
INTERNATIONAL LONGSHOREMEN'S                                 :
ASSOCIATION, AFL-CIO, et al.,                                :
:
                            Defendants.   :
-------------------------------------------------------------x

## SUGGESTION OF DEATH UPON
## THE RECORD UNDER RULE 25(a)(1)

      John R. Wing, attorney of record for John Bowers in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Defendant John Bowers during the pendency of this action.

Dated: June 19, 2019

                                            Respectfully submitted,

                                            LANKLER SIFFERT & WOHL LLP

                                            By: _____
                                                 John R. Wing (JW-3847)

                                            500 Fifth Avenue
                                            33rd Floor
                                            New York, NY 10110-3398
                                            Tel:    (212) 930-1233
                                            Fax:   (212) 764-3701
                                            E-mail: rwing@lswlaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this 19th day of June 2019, I electronically files the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

            /s/ John R. Wing
            Lankler Siffert & Wohl LLP